# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JARVIS MAURICE DENMARK, Movant, | * | CIVIL ACTION NO.: 2:21-cv-56 |
| v. | * | |
| UNITED STATES OF AMERICA, Respondent. | * | (Case No.: 2:15-cr-8) |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 2. Movant Jarvis Denmark ("Denmark") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Denmark's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Denmark a Certificate of Appealability and *in forma pauperis*

status on appeal.

**SO ORDERED**, this 1 day of November, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA