# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR 215-008-6 |
| JARVIS MAURICE DENMARK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Jarvis Denmark recently moved the Court to, *inter alia*, unseal certain documents in this case. Dkt. No. 999. The Court deferred ruling on the motion to unseal, ordering both the Government and Defendant to brief the issue. Dkt. No. 1000. In accordance with that Order, the Court grants the Government access to documents Defendant seeks to unseal, i.e. Docket Nos. 529, 530, 531, and 642. The Clerk is **DIRECTED** to provide counsel for the Government, Assistant U.S. Attorney Greg Gilluly, with a copy of these sealed documents for the sole purpose of responding to Defendant's motion.

**SO ORDERED** this 28 day of January, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA